# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIELE MARTINEZ,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-02836-SAB

ORDER REGARDING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING

(ECF No. 12)

Before the Court is the parties' stipulation to extend the time in which Defendant may file a responsive brief to Plaintiff's opening brief seeking judicial review of a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **September 9, 2026**, to file a responsive brief. The scheduling order (ECF No. 4) is modified accordingly.

IT IS SO ORDERED.

Dated: **August 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge