# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELE MARTINEZ,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-02836-SAB<br><br>ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 20) |

On September 30, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C.§ 2412(d). (ECF No. 20.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of NINE THOUSAND THREE HUNDRED SEVENTY-FIVE 00/100 ($9,375.00) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: **September 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge